**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 2, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00545-CV

---

## IN RE MARATHON OIL EF; MARATHON OIL EF II, LLC; AND MARATHON OIL COMPANY, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-56688**

---

## MEMORANDUM OPINION

On September 30, 2021, relators Marathon Oil EF; Marathon Oil EF II, LLC; and Marathon Oil Company filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Lauren Reeder, presiding judge of the 234th District

Court of Harris County, to abate the underlying proceeding on the theory of dominant jurisdiction.

Relators filed a motion for partial summary judgment on the ground that res judicata barred real parties in interests' claims. As alternative relief, relators also requested, in a single paragraph, a stay of the underlying case until the appeal in another case between relators and real parties in interest pending in the San Antonio Court of Appeals has been decided. Relators did not provide any supporting authority or analysis for its request. We conclude that this issue was not properly presented to the trial court in order for relators to seek mandamus relief in this court. Therefore, relators have not established that they are entitled to mandamus relief.

Accordingly, we deny relators' petition for writ of mandamus without prejudice to refiling to pursue abatement in the trial court. We also deny relators' motion for temporary relief.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.

2